# AFFIDAVIT OF PUBLICATION

STATE OF ALABAMA
AND COUNTY OF LAUDERDALE

MAPLES LAW FIRM
200 CLINTON AVE WEST, SUITE 100
HUNTSVILLE, AL 35801

TimesDaily, TimesDaily Online

Before me, a notary public in and for the county and state above listed, personally appeared the undersigned affiant, known to me to be a duly authorized representative of the TimesDaily, TimesDaily Online. The newspaper published the attached legal notice(s) in the issue(s) referenced below, by the Newspaper for said publications does not exceed the lowest classified rate paid by commercial customers for an advertisement of similar size and frequency in the same newspaper(s) in which the public notice(s) appeared.

There are no agreements between the Newspaper and the officer or attorney charged wit the duty of placing the attached legal advertising notice(s), whereby any advantage, gain or profit accrued to said officer or attorney:

_____
Affiant

PUBLISHED ON: 12/05/18
TOTAL COST: $718.16
AD SPACE: 376 LINES
FILED ON: 12/05/18

Sworn to or affirmed before me on: 12/05/18

_____
Notary Public, State at Large, My Commission expires:



JANE HENSLEY BRASFIELD
My Commission Expires
December 11, 2018



Ad ID 242926

---

**IN THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION**
IN RE:
FAIRMONT PARTNERS, LLC,
EIN: XX-XXX2657
CASE NO. 18-82014-CRJ11
CHAPTER 11

**NOTICE OF SALE OF ESTATE PROPERTY**

Auction Date: 12/7/18
Time: 1:00 p.m., CDT
Location: Maples Law Firm, PC, 200 Clinton Avenue West, Suite 1000, Huntsville, AL 35801
Seller: Fairmont Partners, LLC ("Debtor")
Type of Sale: Public
Initial Bid Deadline: 12/5/18 by 5:00 p.m., CDT
Description of property to be sold: (a) 4900 Hatch Boulevard, Sheffield, AL 35660, together with all buildings, improvements and other real estate fixtures, and all easements, appurtenant rights, privileges, reservations, rights-of-way, licenses and permits owned by the Seller and relating thereto (collectively, the "Real Property"); (b) Personal property, including, without limitation, accounts receivable, goods, instruments, chattel paper, documents, general intangibles, contract rights, commercial tort claims, insurance, investment property, utility deposits, all gas and electric systems, lighting, heating and air conditioning equipment and systems, radiators, ventilator equipment, incinerators, furnaces, hot water heaters, water, sewage and plumbing systems, fire protection and security systems, furniture, machinery, apparatus and equipment, telephones, televisions, bedding, bed linens, towels, window treatments, safety equipment, computer equipment and manuals, and all other fixtures and equipment attached to, located on, or related to the land and buildings and owned by the Seller and used in connection with the Real Property (collectively, "Personal Property"); (c) All inventories of supplies owned by the Seller and used in connection with the operation of the Clarion (as hereinafter defined), including paper goods, brochures, office supplies, Unopened Food and Beverage Inventory (as hereinafter defined), and including chinaware, glassware, flatware, table linens, soap, gasoline, fuel oil, and other operational and guest supplies currently or subsequently located at the Clarion, subject to depletions, replacements and additions in the ordinary course of the operation of the Clarion (collectively, the "Inventory"); (d) All software, patents, patent applications, processes, shop rights, formulas, brand names, trade secrets, servicemarks, tradenames, trademarks, copyrights, intellectual property, drawings, and any similar items and related rights owned by or licensed to the Seller and used or intended for use in connection with, or that are necessary to the continued conduct of the Real Property, together with any goodwill associated therewith and all rights of action on account of past, present, and future unauthorized use or infringement thereof (collectively, the "Intellectual Property"); (e) All warranties and guarantees (the "Guarantees") issued to, in favor of, or in the name of, the Seller and given in connection with the construction or repair of the Real Property or the purchase of any Personal Property to the extent any such Guarantees are assignable and remain outstanding as of the Closing Date (as hereinafter defined); (f) All certificates of occupancy (or the local equivalent), permits, licenses, approvals and authorizations (collectively, "Permits"), to the extent such Permits are assignable, issued by any federal, state, county, municipal, governmental or quasi-governmental authority relating to the Real Property, including, without limitation, any liquor license issued to the Seller or any affiliate thereof and used in the operation of the Clarion (collectively, the "Liquor Licenses"); (g) The Seller's right, title and interest in and to that certain Choice Hotels International, Inc. Franchise Agreement, dated May 15, 2018, by and between Choice Hotels International, Inc., a Delaware corporation, as franchisor ("Franchisor"), and Seller, as franchisee, with respect to the operation of a Clarion on the Real Property (as amended, modified, and/or assigned, the "Clarion Franchise Agreement"), but only to the extent such Clarion Franchise Agreement is transferrable; (h) All advance bookings or other confirmed reservations for accommodations, public functions, banquets, conferences, meetings, or other uses of any rooms in the Clarion for the period after the Closing Date, including agreements with outside booking agents and agreements with entities for corporate rates, as the same may be amended, cancelled or renewed (collectively, the "Advance Bookings" or "Advance Booking Agreements"), and all room reservation deposits, public function, banquet, conference, meeting, food and beverage deposits and other deposits or fees for Advance Bookings applicable to the period after the Closing Date (collectively, the "Advance Booking Deposits"); (i) The Seller's right, title and interest in and to the leases, licenses and other occupancy agreements encumbering the Real Property owned by the Seller, together with all amendments, supplements, modifications, assignments and guarantees thereof (collectively, the "Leases"); (j) All contracts and agreements, personalty leases, supply agreements, equipment or other lease licenses, government contract awards, management agreements, service agreements and executory contracts to which the Seller is a party on the Closing Date or by which the Real Property is then bound (collectively, the "Contracts"); and (k) The Seller's right, title and interest in and to all construction contracts, drawings, architectural renderings, and plans and specifications with respect to the Real Property (collectively, the "Plans and Specifications"). Terms and conditions of sale: As-is without warranties of any kind, expressed or implied, concerning the condition of the Property, the quality of title thereto, or any other matters relating to the Property. Sale is free and clear of all liens. Proposed Sale Price: Pursuant to the Court's Order Debtor is directed to sell substantially all of its assets and provide, among other things, that (i) Access Point Financial Inc. or its affiliate (collectively, "APF") be the stalking horse bidder with an initial credit bid of $9,250,000.00, (ii) subsequent bids shall be made of no less than $50,000.00 per bid. Overbid procedure: Initial overbid must be equal to or greater than the sum of (a) the consideration payable by APF under the credit bid, plus (b) cash in an amount equal to $50,000.00. Bids must be in writing and on the same terms and conditions as the proposed sale to APF. Bids must not be subject to any (a) financing contingency, (b) contingency relating to the completion of unperformed due diligence, provided that APF waives any such conditions on or prior to the Overbid Deadline, (c) contingency relating to the approval of the overbidder's board of directors or other internal approvals or consents, or (d) any conditions precedent to the overbidder's obligation to purchase the Identified Assets; and (3) provide that the overbidder shall purchase all or substantially all of the Identified Assets. To the extent not previously provided to Debtor, be accompanied by evidence satisfactory to the Debtor in its commercially reasonable discretion that the overbidder (1) is willing, authorized, capable, and qualified financially, legally, and otherwise, of unconditionally performing all obligations under its proposed purchase agreement, in the event that it submits the prevailing bid at the Auction, and (2) has substantial experience acquiring, owning, rehabilitating and managing projects that are substantially similar to the Identified Assets. The bid must likewise remain open and irrevocable until one hundred (100) days after the entry of an order by the Court approving a definitive agreement providing for the sale of the Identified Assets Bids must also include a cashiers' or certified check in the aggregate amount of $250,000.00, payable to Fairmont Partners, LLC and to be held in trust by counsel for Fairmont Partners, LLC. Bids must be submitted to (1) counsel to the Debtor, Stuart M. Maples, 200 Clinton Avenue West, Suite 1000, Huntsville, Alabama 35801, smaples@mapleslawfirmpc.com (2) counsel to APF, John F. Isbell, Thompson Hine LLP, 3560 Lenox Road, Suite 1600, Atlanta, Georgia 30326, john.isbell@thompsonhine.com; and (3) Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, Alabama 35602, Attention: Richard Blythe, by no later than December 5, 2018, at 5:00 p.m., CDT. If any initial overbids are received, the live auction will be held at 1:00 p.m. (CDT) on December 7, 2018, at the Maples Law Firm, PC, 200 Clinton Avenue West, Suite 1000, Huntsville, AL 35801. Contact person for potential bidders:
Stuart M. Maples
Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, AL 35801
T: (256) 489-9779
smaples@mapleslawfirmpc.com Date: 11/13/18
December 5, 2018