# Exhibit A

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 2 9 2018

RICK WARREN
COURT CLERK

34

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

IBORROW FINANCE LOAN FUND I, )
L.P., )
 )
      Plaintiff, )
 )
v. )    Case No. CJ-2018-5921
 )
2945 NORTHWEST LLC, )
 )
      Defendant. )

## ORDER APPOINTING RECEIVER

    This matter comes on for hearing before the undersigned Judge of the District Court on

this 29 day of Oct , 2018, upon the Emergency Motion for Appointment of

Receiver (the "Motion") filed by Plaintiff iBorrow Finance Loan Fund I, L.P. ("Plaintiff").[1] The

Court having examined the filings, being fully advised in the premises and having heard the

statements of counsel, finds that the allegations of said Motion are true and that it is necessary in

order to preserve and protect the mortgaged and pledged property, described as the Mortgaged

Property in Plaintiff's Verified Petition, that a receiver for the same be appointed.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court as

follows:

    1.    Edwin W. Leslie, is hereby appointed as Receiver of the Mortgaged Property and

premises, described as follows:

        (a)    the real estate located in the County of Oklahoma, State of Oklahoma
            having an address of 2945 Northwest Expressway, Oklahoma City, OK
            73112 (the "Real Estate") and legally described as:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given in the Motion or
Loan Documents, as applicable.
1266232

**TRACT 1**

A tract of land lying in the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian, also being a portion of Block EIGHT (8) in UNITED FOUNDERS LIFE PLAZA, an addition to Oklahoma City, as shown on the plat thereof recorded in Book 38 of Plats, Page 27, Oklahoma County, Oklahoma, being described as follows: Beginning at a point on the North boundary line of said Block 8 which is 325.50 feet West of the North end of Curve No. 20 of said Block 8; Thence North 88°46'09" West along said north line a distance of 50.00 feet; Thence South 00°04'37" West a distance of 274.02 feet; Thence North 89°03'12" West a distance of 343.46 feet; Thence South 00°04'37" West along the West line of said Block 8 a distance of 191.75 feet; Thence South 61°40'56" East a distance of 155.87 feet; Thence South 00°06'19" West a distance of 56.62 feet; Thence South 18°36'11" West a distance of 61.10 feet to a point on the South line of said Block 8; Thence South 61°40'56" East along said South line a distance of 44.70 feet; Thence North 00°06'19" East along a line of said Block 8 a distance of 61.35 feet; Thence South 88°48'58" East a distance of 330.60 feet; Thence North 00°05'30" East a distance of 180.00 feet; Thence South 88°48'58" East a distance of 235.91 feet; Thence North 06°04'34" East a distance of 41.77 feet; Thence Northerly along a curve to the left having a radius of 2789.8 feet, said curve subtended by a chord bearing North 04°37'51" East a distance of 140.54 feet, an arc distance of 140.56 feet; Thence North 88°46'09" West a distance of 345.89 feet; Thence North 00°04'37" East a distance of 250.00 feet to the Point of Beginning.

**TRACT 2**

A tract of land lying in the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian, also being a portion of Block EIGHT (8), in UNITED FOUNDERS LIFE PLAZA, an addition to Oklahoma City, as shown on the plat thereof recorded in Book 38 of Plats, page 27, Oklahoma County, Oklahoma, being described as follows: Beginning at a point on the North right of way of the Northwest Expressway, said point being located 370.0 feet West and 33.32 feet South of the Southeast Corner of the West Half of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian; Thence on a bearing of North 61°40'56" West along said North right of way of the Northwest Expressway a distance of 133.81 feet; Thence on a bearing of North 00°04'37" East (North 00°06'19" East record) a distance of 125.00 feet; Thence on a bearing of South 61°40'56" East, parallel with the North right of way of said Northwest Expressway, a distance of 155.87 feet; Thence on a bearing of South 00°06'19" West a distance of 56.62 feet; Thence on a bearing of South 18°36'11" West a distance of 61.10 feet to the Point of Beginning.

2

(b)    all improvements of every nature whatsoever now or hereafter situated on the Real Estate, and all fixtures and personal property of every nature whatsoever now or after the date of the Mortgage owned by 2945 Northwest LLC (the "Mortgagor") and located on, or used in connection with, the Real Estate or the improvements on the Real Estate, or in connection with any construction on the Real Estate, including all extensions, additions, improvements, betterments, renewals, substitutions, and replacements to any of the foregoing and all of the right, title, and interest of the Mortgagor in and to any such personal property or fixtures together with the benefit of any deposits or payments now or hereafter made on such personal property or fixtures by the Mortgagor or on its behalf (the "Improvements");

(c)    all easements, rights of way, gores of real estate, streets, ways, alleys, passages, sewer rights, waters, water courses, water rights, and powers, and all estates, rights, titles, interests, privileges, liberties, tenements, hereditaments, and appurtenances whatsoever, in any way now or after the date of this Mortgage belonging, relating, or appertaining to the Real Estate, and the reversions, remainders, rents, issues, and profits thereof, and all the estate, right, title, interest, property, possession, claim, and demand whatsoever, at law as well as in equity, of the Mortgagor of, in and to the same;

(d)    all rents, revenues, issues, profits, proceeds, income, royalties, Letter of Credit Rights (as defined in the Uniform Commercial Code of the State of Oklahoma (the "Code") in effect from time to time), escrows, security deposits, impounds, reserves, tax refunds, credit card merchant accounts, and other rights to monies from the Premises and/or the businesses and operations conducted by the Mortgagor thereon (including all revenues, rentals, rent equivalents, receipts, income, and profits from guest rooms, meeting rooms, food and beverage facilities, vending machines, telephone systems, guest laundry, and any other items of revenue, receipts, and/or income as identified in the Uniform System of Accounts for Hotels, 10th Edition, International Association of Hospitality Accountants (2006), as from time to time amended);

(e)    all interest of the Mortgagor in all leases now or hereafter on the Premises, whether written or oral (each, a "Lease," and collectively, the "Leases"), together with all security therefor and all monies payable thereunder;

(f)    all fixtures and articles of personal property now or hereafter owned by the Mortgagor and forming a part of or used in connection with the Real Estate or the Improvements, including, but without limitation, any and all air conditioners, antennae, appliances, apparatus, awnings, basins, bathtubs, bidets, boilers, bookcases, cabinets, carpets, computer hardware and software used in the operation of the Premises, coolers, curtains, dehumidifiers, disposals, doors, drapes, dryers, ducts, dynamos, elevators,

3

engines, equipment, escalators, exercise equipment, fans, fittings, floor coverings, furnaces, furnishings, furniture, hardware, heaters, humidifiers, incinerators, lighting, machinery, motors, ovens, pipes, plumbing, pumps, radiators, ranges, recreational facilities, refrigerators, screens, security systems, shades, shelving, sinks, sprinklers, stokers, stoves, toilets, ventilators, wall coverings, washers, windows, window coverings, wiring, and all renewals or replacements thereof or articles in substitution therefor, whether or not the same are or will be attached to the Real Estate or the Improvements in any manner;

(g)    all of the Mortgagor's interests in General Intangibles, including Payment Intangibles and Software (each as defined in the Code) related to the Premises, including, without limitation, all of the Mortgagor's right, title, and interest in and to: (i) all agreements, licenses, permits, and contracts to which the Mortgagor is or may become a party and which relate to the Premises; (ii) all obligations and indebtedness owed to the Mortgagor thereunder; (iii) all intellectual property related to the Premises; and (iv) all choses in action and causes of action relating to the Premises;

(h)    all of the Mortgagor's accounts as relate to the Premises and/or the businesses and operations conducted thereon, including, without limitation, all of the following: (i) Accounts (as defined in the Code), contract rights, book debts, notes, drafts, and other obligations or indebtedness owing to the Mortgagor arising from the sale, lease, or exchange of goods or other property and/or the performance of services; (ii) the Mortgagor's rights in, to, and under all purchase orders for goods, services, or other property; (iii) the Mortgagor's rights to any goods, services, or other property represented by any of the foregoing; (iv) monies due or to become due to the Mortgagor under all contracts for the sale, lease, or exchange of goods or other property and/or the performance of services including the right to payment of any interest or finance charges in respect thereto (whether or not yet earned by performance on the part of the Mortgagor); (v) Securities, Investment Property, Financial Assets, and Securities Entitlements (each as defined in the Code); (vi) proceeds of any of the foregoing and all collateral security and guaranties of any kind given by any person or entity with respect to any of the foregoing; and (vii) all warranties, guaranties, permits, and licenses in favor of the Mortgagor with respect to the Premises; and

(i)    all proceeds of the foregoing, including, without limitation, all judgments, awards of damages, and settlements hereafter made resulting from condemnation proceeds or the taking of the Premises or any portion thereof under the power of eminent domain, any proceeds of any policies of insurance maintained with respect to the Premises or proceeds of any sale, option, or contract to sell the Premises or any portion thereof.

4

Said appointment to become effective upon the posting of an undertaking (including by cash or surety bond) in the sum of $ 50,000 — , conditioned as provided by law and the filing herein of his Oath as Receiver as provided by law.

    2.    The Receiver, when so qualified, is ordered, authorized, and directed to immediately take possession of the Mortgaged Property and the premises thereof; and the Mortgagor and all persons holding under said Mortgagor are ordered and directed to deliver forthwith possession of said Mortgaged Property and the premises thereof to said Receiver, and said Receiver is ordered and authorized to manage and to operate the same to the best advantage, and to collect and receive any and all rental deposits, security deposits, rents and profits from the Mortgaged Property, respectively. Out of any rents and income he may receive from the Mortgaged Property, he is authorized to pay for those expenses necessary for the preservation, maintenance, and management of the Mortgaged Property, including, but not limited to, operating expenses, insurance premiums, accumulated taxes, licenses, permits, and repairs to the Mortgaged Property. To the extent that repairs to the Mortgaged Property exceed $5,000.00, the Receiver shall obtain prior written approval from Plaintiff. Further, to the extent that the Receiver determines that there is an operating surplus in the Receiver's account, the Receiver may pay any such surplus over to Plaintiff to be applied against, and in accordance with, the Note and Mortgage. The Receiver may, with Plaintiff's approval, either continue the operation of the Mortgaged Property in its ordinary course to preserve its going concern value or reduce such operations to the point of cessation.

    3.    The Receiver is authorized to utilize all licenses and permits issued to the Mortgagor required for the operation of the Mortgaged Property, including, but not limited to,

liquor licenses for the sale of alcoholic beverages at all restaurants, bars, lounges, banquet rooms, meeting rooms, and guest rooms.

4.      The Receiver is authorized to perform under any contractual agreements entered into by the Mortgagor related to the Mortgaged Property, including any franchise agreements. Counterparties to any such contractual agreements are estopped from cancelling any such agreements on account of the appointment of the Receiver or any breaches or defaults that occurred prior to the appointment of the Receiver.

5.      The Receiver is authorized to open and inspect any and all mail or deliveries addressed to Mortgagor to determine if the same relates to the existence, location, identity, collection, preservation, maintenance, or operation of the Mortgaged Property.

6.      Utility companies and other providers of utility services, including without limitation, electricity, gas, water, sewage, waste water, recycling services, refuse, garbage, and telephone are directed not to discontinue service to any of the Mortgaged Property and are also directed to assist in any and all requests made by the Receiver to maintain and restore any utilities for the Mortgaged Property.

7.      Upon motion, with proper notice and approval by this Court, and the consent of the Plaintiff, the Receiver shall have the right to borrow funds as necessary to carry out the duties and responsibilities of the Receiver, including, without limitation, to pay operating expenses incurred in connection with the administration of the Mortgaged Property.

8.      The Receiver may but shall not be obligated in any manner to prepare or file any delinquent or current state or federal income tax returns or any occupancy, sales, mixed beverage tax reports prior to his appointment. The Receiver is hereby ordered to determine whether any taxes are due and payable against the Mortgaged Property under receivership and to determine

6

which parties hereto are primarily and secondarily responsible for the payment of such taxes. The Receiver is further ordered to take all actions he deems necessary and prudent to collect such taxes from the responsible parties and to pay such taxes as he deems necessary in the ordinary course of business to protect the respective rights of the parties in the Mortgaged Property. The Receiver shall not be required to pay any tax claim which are due prior to his appointment or at issue in the proceeding *City of Oklahoma City v. Mega China Hotels, LLC, et al.,* No. CJ-2018-2343 (District Court for Oklahoma County, Oklahoma). The Receiver shall not be held personally responsible for any local, state, or federal income, property, payroll, or other taxes related to the Receiver's administration of the Mortgaged Property.

9.    The Receiver shall have the right to contact and request the cooperation and assistance of all parties in this action, including, but not limited to, the Mortgagor, and the parties and all other persons or entities served with a copy of this Order shall cooperate fully with and assist the Receiver in the performance of his duties. This cooperation and assistance shall include, but not be limited to, (A) providing any information to the Receiver that the Receiver deems necessary to exercising the authority and discharging the responsibilities of the Receiver; (B) identifying any Mortgaged Property in their possession or that they have transferred that may be or was Mortgaged Property and, at the Receiver's discretion, turning over such Mortgaged Property to the Receiver; (C) providing any password required to access any computer or electronic files in any medium; (D) turning over any of the books and records and any other assets related to the Mortgaged Property and the operations thereof (including cash); and (E) advising all persons who owe money to the Mortgagor that is Mortgaged Property of the Plaintiff that all debts should be paid directly to the Receiver. Parties obligated by this paragraph shall include, but not be limited to, banks and financial institutions, which shall turn over to the

7

Receiver all funds, accounts, and safety deposit boxes that constitute or contain Mortgaged Property and delete all designated signors on any applicable accounts.

10. Unless a loss is compensable by the Receiver's bond (if any), the Receiver shall not be personally responsible for financial losses from the Mortgaged Property.

11. With prior notice to the Plaintiff, the Receiver is authorized to retain any professionals deemed appropriate in his discretion, such as attorneys, accountants, or appraisers (collectively the "Professionals") and shall be entitled to reimbursement for reasonable out-of-pocket costs and expenses including the reasonable fees, costs, and expenses of the Professionals to the extent required by the Receiver in connection with the performance of his duties as specified herein which may be modified by order of this Court upon proper motion, after notice and a hearing. The employment and payment of the Professionals shall be subject to the approval by this Court. The Receiver is also authorized to employ such managers, agents, employees, and contractors as, in the Receiver's business judgment, are advisable or necessary in carrying out his duties regarding the operation of the Mortgaged Property. Communications among or between Professionals and the Receiver (including the Receiver's staff) shall be privileged. Communications among or between the Receiver (including the Receiver's staff) and counsel for the Plaintiff shall be privileged.

12. The Mortgagor and all managers, members, directors, officers, employees, agents, affiliates, independent contractors, and other natural or legal entities acting in concert with them (collectively the "Parties") are hereby enjoined from directly or indirectly transferring, dissipating, concealing, destroying, or otherwise disposing of any of the Mortgaged Property and its proceeds without prior authorization from the Receiver or the Court.

8

13.     In order to promote judicial efficiency, all persons who receive actual or constructive notice of this Order are enjoined in any way from disturbing or in any way interfering with the Receiver's administration of the Mortgaged Property or from prosecuting any new proceedings (including collection or enforcement proceedings) that involve the Receiver or the Mortgaged Property unless such person or persons first obtains the permission of this Court or the Receiver. All parties to this case and any other person or entity given notice of this Order are hereby enjoined from any and all of the following: (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Mortgaged Property or the Receiver that was or could have been commenced before the entry of this Order or to recover a claim against the Mortgaged Property or the Receiver that arose before the entry of this Order; (2) any act to obtain possession of or to exercise control over the Mortgaged Property; (3) any act to create, perfect, or enforce any lien against the Mortgaged Property; (4) any act to collect, assess, or recover a claim against the Mortgaged Property or the Receiver that arose before the entry of this Order; or (5) the setoff of any debt that constitutes Mortgaged Property that arose before the entry of this Order against any claim against the Mortgagor or any property thereof or the Receiver. Any and all creditors or parties in interest with respect to the Mortgaged Property are directed to file any civil actions regarding the Mortgaged Property in the District Court of Oklahoma County, Oklahoma and shall be part of this action. Notwithstanding the foregoing, nothing in this Order shall prohibit Plaintiff's exercise of its rights as to the Mortgagor and the Mortgaged Property, including, but not limited to, the foreclosure of the Mortgage either by judicial proceeding or by power of sale.

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc
Main Document        Page 10 of 50

14.     The injunctive relief granted herein may be modified or waived only by (1) written approval from the Receiver or his counsel or (2) by order of this Court upon motion, after proper notice and a hearing.

15.     The Receiver is covered by the doctrine of judicial immunity and any of his actions shall be governed by the business judgment rule.

16.     The Receiver shall, as part of his duties, proceed to analyze the Mortgaged Property and if warranted in his best business judgment proceed to find qualified buyers of the assets on a free and clear basis. The Receiver has the specific power to sell any or all Mortgaged Property as a "transfer" under 12 O.S. § 1554 upon approval of this Court. The Receiver shall file a motion with the Court for approval of the terms of any sale of the Mortgaged Property; provided, however, that no further authority shall be required to sell any assets that are sold in the normal course of business.

17.     The Receiver shall have standing to pursue all claims as he shall deem appropriate in the exercise of his business judgment. The Receiver shall have the right to issue subpoenas to obtain documents and records pertaining to the administration of the Mortgaged Property and conduct discovery in this action.

18.     To the extent permitted by law, the provisions of this Order shall be binding upon and inure to the benefit of the Receiver and all of the parties, their respective successors and assigns, including any trustee hereinafter appointed, or of the estate in any subsequent proceedings under the Bankruptcy Code.

19.     The Receiver's fee shall be $350 per hour. In addition, the Receiver is authorized to utilize his staff whose hourly rates are between $90 and $325 (depending upon skill level

10

required) to assist the Receiver where it is cost effective to do so which shall be deemed an expense of the Receiver.

20. All parties shall notice the Receiver on any and all filings with this Court and hearing dates.

21. The Receiver may at any time, by filing a motion upon notice to all parties, seek entry of a further order from the Court for such other and further authority as he may deem necessary or desirable for the administration, protection, or benefit of the estate. The Court reserves the right to modify and supplement this Order from time to time as may be deemed necessary and appropriate.

22. ALL PERSONS HAVING NOTICE OF THIS ORDER ARE HEREBY ADVISED THAT THE TERMS OF THIS ORDER, INCLUDING BUT NOT LIMITED TO THE INJUNCTIVE RELIEF GRANTED HEREIN, SHALL BE ENFORCEABLE BY CONTEMPT AS WELL AS ANY OTHER MEANS AUTHORIZED BY LAW.

Date: __10/29__, 2018

_____
JUDGE OF THE DISTRICT COURT
CJ - 18 - 5921

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

OCT 29 2018

RICK WARREN COURT CLERK
Oklahoma County

11

APPROVED:

Melvin R. McVay, Jr., OBA #6096
Thomas G. Wolfe, OBA #11567
Clayton D. Ketter, OBA #30611
PHILLIPS MURRAH P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, OK 73102
(405) 235-4100
(405) 235-4133 (fax)
mrmcvay@phillipsmurrah.com
tgwolfe@phillipsmurrah.com
cdketter@phillipsmurrah.com
ATTORNEYS FOR PLAINTIFF

12

# Exhibit B

Prepared by and return after recording to:

Mary Bertrand
Access Point Financial, Inc.
1 Ravinia Drive, 9th Floor
Atlanta, GA 30346

2017061201O817660
AGRE 06/12/2017
03:12:07 PM Book:13460
Page:823 PageCount:36
Filing Fee:$83.00
Doc. Tax:$.00
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

Return to:
Chicago Title Oklahoma
210 Park Ave., Suite 210
Oklahoma City, OK 73102
File # 71170170b194

(Space above line is for recording office use only.)

## INTERCREDITOR AGREEMENT AND CERTIFICATE

THIS INTERCREDITOR AGREEMENT AND CERTIFICATE (this "Agreement") is made as of this 30th day of MAY _____, 2017, between IBORROW FINANCE LOAN FUND I, L.P., a Delaware limited partnership ("Mortgagee"), and 2945 NORTHWEST LLC, an Oklahoma limited liability company ("Borrower"), in favor of ACCESS POINT FINANCIAL INC., a Delaware corporation ("Equipment Lender").

### RECITALS

A.    Borrower has requested that Equipment Lender extend to it a loan in the amount of $2,800,000.00 (the "Loan"), and in connection therewith Borrower desires to induce Equipment Lender to accept or rely upon a first priority security interest in all Borrower's furnishings, fixtures, equipment and other items, including, without limitation, (i) all furnishings, fixtures, equipment set forth on Exhibit "A" and all other furnishings, fixtures, equipment to be used in connection with Premises (as hereinafter defined), (ii) all HVAC equipment and elevators associated with the Premises, and (iii) all Borrower's other furniture, fixtures and equipment associated with the Premises, together with all attachments, accessories, accessions, parts, replacements, substitutions, additions, and improvements thereto, and all supplies used or to be used in connection therewith (collectively referred to as "Equipment Collateral").

B.    Mortgagee is the holder of a certain Mortgage, Security Agreement, Assignment of Rents and Leases, and Fixture Filing dated as of May 15, 2017, and recorded in the Official Records of the Oklahoma County, Oklahoma, Recorder's office, on June 12 _____, 2017, as First Book 13460 Page 810 _____, ("Mortgage") conveying to Mortgagee a first priority interest in certain premises known as 2945 Northwest Expressway, Oklahoma, OK 73112, and being more particularly described on Exhibit "B" attached hereto and by reference made a part hereof ("Premises"). (For purposes hereof, the term "Mortgage" shall mean and include the Mortgage, and all extensions, renewals or modifications thereof.)

C.    The Mortgage secures a promissory note made by Borrower in favor of Mortgagee in the original principal amount of $12,000,000.00 ("Note").

D.    Equipment Lender has required, as a condition for Equipment Lender to extend certain financial accommodations to Borrower, that Mortgagee subordinate and waive any rights, interest or liens which it may have or claim to the Equipment Collateral. Mortgagee for the benefit of Borrower and

Tri-Party Intercreditor Agreement

1

Borrower's operations at the Premises, and Borrower have agreed to the foregoing in order to induce Equipment Lender to extend certain financial accommodations to Borrower.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated herein, the mutual covenants and agreements herein contained, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1. Representations, Warranties and Covenants of Mortgagee. Mortgagee hereby represents and warrants to, and covenants with Equipment Lender as follows:

(a) All payments due under the Note prior to the date hereof have been paid in full. The principal amount due under the Note as of the date hereof is $12,000,000.00. The only indebtedness secured by the Mortgage is the indebtedness evidenced by the Note and under the Mortgage.

(b) No default or event of default has occurred and is continuing under the Note, the Mortgage, or any instruments, documents, or agreements executed in connection therewith (collectively, "Loan Documents"). To Mortgagee's best knowledge, information and belief, no state of facts or conditions exist which, with the giving of applicable notice or the expiration of applicable grace or cure periods, or both, would constitute a default or an event of default under the Loan Documents.

(c) Mortgagee is the only owner and holder of the Loan Documents.

(d) The loan from Equipment Lender to Borrower, and Borrower's grant of a security interest in the Equipment Collateral to Equipment Lender, shall not constitute a default or an event of default under the Loan Documents.

(e) Mortgagee has granted all necessary consents to the Loan by Equipment Lender and to the improvements to the Premises which are being financed by the proceeds of the Loan.

(f) The insurance maintained by Borrower with respect to the Equipment Collateral may name Equipment Lender as an additional insured and as primary loss payee.

(g) Nothing contained herein shall be interpreted to obligate Equipment Lender in any respect with regard to the Loan Documents.

(h) The validity and enforceability of this Agreement shall not be impaired, diminished, annulled or adversely affected by the modification, alteration, extension or renewal of any debt or lease obligation of Borrower to Equipment Lender.

(i) Mortgagee shall not assign the Mortgage or the Note or any of its right, title or interest thereunder, and no such assignment shall be effective, unless the assignee acknowledges in writing reasonably satisfactory to Equipment Lender that such assignee will take assignment of the Mortgage and the Note subject to this Agreement and such assignee agrees to be bound by the terms of this Agreement.

2. Representations, Warranties, Covenants and Agreements of Borrower. Borrower hereby represents and warrants to, and covenants and agrees with Equipment Lender as follows:

(a) Borrower has furnished Equipment Lender with true, accurate and complete copies of the Loan Documents.

(b) Borrower shall not default under the provisions of the Loan Documents and any such default shall constitute a default under the Loan with Equipment Lender.

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc Main Document    Page 16 of 50

# Exhibit B

(c)    Nothing contained herein shall be interpreted to obligate Equipment Lender in any respect with regard to the Loan Documents.

(d)    No default or event of default has occurred and is continuing under the Note, the Mortgage, or any instruments, documents, or agreements executed in connection therewith (collectively, "Loan Documents"). To Borrower's best knowledge, information and belief, no state of facts or conditions exist which, with the giving of applicable notice or the expiration of applicable grace or cure periods, or both, would constitute a default or an event of default under the Loan Documents.

3.    <u>Subordination</u>.  Mortgagee hereby agrees that Equipment Lender's right, title and interest in and to the Equipment Collateral, to all proceeds therefrom (including without limitation insurance proceeds), whether now in existence or hereafter arising, shall be prior and superior to any and all liens which Mortgagee may now or in the future have in the Equipment Collateral, however and whenever arising. Mortgagee hereby subordinates in favor of Equipment Lender any such liens which Mortgagee may now have or in the future may have in the Equipment Collateral.

4.    <u>Equipment Lender's Right of Entry</u>.  Equipment Lender hereby is authorized and directed at any time to enter the Premises for periodic inspections of the Equipment Collateral and, after a default with respect to the Loan, to remove the Equipment Collateral from the Premises, whether or not such removal requires a physical detachment of the Equipment Collateral from the Premises or causes injury thereto; provided, however, that, by its acceptance hereof, Equipment Lender agrees (a) to obtain the prior written consent of Mortgagee prior to its removal of any Equipment Collateral from the Premises, and (b) to repair, or pay the reasonable cost to repair, any physical injury to the Premises caused directly by the removal of the Equipment Collateral.

5.    <u>Notice of Default</u>.  Mortgagee and Equipment Lender shall promptly notify the other in writing of any default by Borrower under the provisions of their respective loan documents, and each party so notified shall have the right (but is not obligated) to cure such default on behalf of Borrower within 30 days from the date it receives such notice.  The failure of Mortgagee or Equipment Lender to provide such notice to the other shall not impair the rights of either party against Borrower.  Borrower agrees that any sums (including reasonable legal fees) expended by either party to cure a default by Borrower under their respective loan documents shall be deemed secured by the Equipment Collateral, in the case of Equipment Lender's Loan, and secured by the Mortgage, in the case of the Loan Documents.

6.    <u>Power to Execute Agreement</u>.  Each party hereby certifies, represents, and warrants to the other parties that it has full power and authority to execute this Agreement, that the execution and delivery of this Agreement by the party making such representation has been fully authorized and directed, that the persons executing this Agreement on behalf of the party making such representation have been duly authorized to do so, and that this Agreement, once executed, shall be the valid and binding obligation of the party making such representation enforceable in accordance with its terms.

7.    <u>Notices, Demands and Requests</u>.  All notices and other communications under this Agreement are to be in writing, addressed to the respective party to the address as set forth below such party's signature hereto, and shall be deemed to have been duly given (a) upon delivery, if delivered in person with receipt acknowledged by the recipient thereof, (b) one business day after having been timely deposited for overnight delivery, fee prepaid, with any reputable overnight courier service, or (c) three business days after having been deposited in any post office or mail depository regularly maintained by the U.S. Postal Service and sent by certified mail, postage prepaid, return receipt requested.  Each party may establish a new address from time to time by written notice to the other given in accordance with this section; provided, however, that no such change of address will be effective until written notice thereof is actually received by the party to whom such change of address is sent.  Notice to additional parties designated by a party entitled to notice are for convenience only and are not required for notice to a party to be effective in accordance with this section.

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc
Main Document    Page 17 of 50

**Exhibit B**

8.    Miscellaneous.

(a)    Entire Agreement; Modification.    This Agreement supersedes all prior agreements, understandings, representations and communications between the parties, whether oral or written, with respect to the transactions contemplated hereby. Neither this Agreement nor any provisions hereof will be modified, supplemented or waived, except by an instrument in writing signed by both parties hereto and then only to the extent expressly provided in such writing.

(b)    Binding Effect. The Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, legal representatives, successors, successors and assigns, whether by voluntary action of the parties or by operation of law.  The foregoing shall not be construed to permit assignments or other transfers otherwise prohibited.  If any party hereto consists of more than one person or entity, the obligations and liabilities of each such person or entity hereunder shall be joint and several.

(c)    Applicable Law.  This Agreement and all the rights and obligations hereunder will be governed in accordance with the laws of the State of Georgia (without regard to its conflict of laws principles).

(d)    Enforceability. If any provision of this Agreement is found by competent judicial authority to be invalid or unenforceable, the other provisions of this Agreement that can be carried out without the invalid or unenforceable provision will not be affected, and such invalid or unenforceable provision will be ineffective only to the extent of such invalidity or unenforceability and shall be construed to the greatest extent possible to accomplish fairly the purposes and intentions of the parties hereto.  All rights and remedies under this Agreement are distinct and cumulative not only as to each other but as to any rights or remedies afforded by law or equity.  They may be exercised together, separately or successively.  Any failure by a party to exercise any of its remedies does not constitute a waiver of that remedy in the future as to the same or any other default.

(e)    Ambiguity; Headings; Gender; and Certain Terms.  Neither this Agreement nor any uncertainty or ambiguity herein shall be construed or resolved against Equipment Lender by virtue of the fact that such document has originated with Equipment Lender as drafter.  Both parties agree that this Agreement shall be construed and interpreted according to the ordinary meaning of the words used so as to fairly accomplish the purposes and intentions of the parties hereto. Words used in this Agreement may be used interchangeably in singular or plural form, and any pronoun shall be deemed to cover all genders.  Section headings are for convenience only and shall not be used in interpretation of this Agreement. "Herein," "hereof" and "hereunder" and other words of similar import refer to this Agreement as a whole and not to any particular section, paragraph or other subdivision. Reference to days for performance shall mean calendar days unless business days are expressly indicated.

(f)    Multiple Counterparts.  This Agreement may be executed in one or more counterparts, each of which counterpart will, for all purposes, be deemed an original, but all such counterparts together will constitute one instrument.

(g)    Consent to Jurisdiction.   Each party hereto agrees and consents to the jurisdiction and venue of any state or federal court sitting in DeKalb County, Georgia with respect to any legal action, proceeding, or dispute between them and hereby expressly waives any and all rights under applicable law or in equity to object to the jurisdiction and venue of said courts.  Each party further irrevocably consents to service of process by certified mail, return receipt requested, to the address for such party last provided in accordance with the notice provision of this Agreement.

(signatures begin on the following page)

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc
Main Document        Page 18 of 50

IN WITNESS WHEREOF, the parties have entered into this Agreement and affixed their seals hereto as of the date first above written, intending to be legally bound hereby.

Signed, sealed and delivered this 26th day
of May , 2017, in the presence of:

_Amanda Webb_
**Unofficial Witness**

**BORROWER:**

2945 NORTHWEST LLC

By: _____
Name: _TRACY SUTR~_
Title: _MGR_

Address for Notice: _2212 San Felipe_
_Houston TX 77027_
Attn: _TRACY Suttles_

State of _Oklahoma_
County of _Oklahoma_

The foregoing instrument was acknowledged before me this 26th day of _May_
_____, 2017, by _Tracy Suttles_ , the/a _Manager_
(officer title) of _2945 Northwest LLC_ (corporation), who is personally known
to me or who produced identification and who did take oath, on behalf of the corporation.

_____
**Notary Public**

**[AFFIX NOTARY SEAL]**

Print Name: _Cecilio Ramirez-Cibes_

My Commission expires: _4/4/20_

CECILIO RAMIREZ-CIBES
Notary Public
State of Oklahoma
Commission # 16009427
My Commission Expires Apr 4, 2020

Tri-Party Intercreditor Agreement

5

Signed, sealed and delivered this _26th_ day
of _MAY_____, 2017, in the presence of:

MORTGAGEE:

IBORROW FINANCE LOAN FUND I, L.P., a
Delaware limited partnership

By:   Eagle Group Finance Loan Corp., a
Delaware corporation, its General
Partner

By:   _____
Brian Good, President

Address for Notice:
12100 Wilshire Boulevard, Suite 510
Los Angeles, California 90025
Attention:    Loan Department

A notary public or other officer completing
this certificate verifies only the identity of
the individual who signed the document to
which this certificate is attached, and not the
truthfulness, accuracy, or validity of that
document.

STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF _Los Ang (es)_

On _May_____ _26_, 2017, before me, _Robert E Guerra_____, a
Notary Public, personally appeared Brian Good who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ROBERT E. GUERRA
Commission # 2141001
Notary Public - California
Los Angeles County
My Comm. Expires Feb 24, 2027

Tri-Party Intercreditor Agreement

6

Signed, sealed and delivered this **30**th day
of _MAY_____, 2017, in the presence of:

_____
Unofficial Witness

**EQUIPMENT LENDER:**

**ACCESS POINT FINANCIAL, INC.**

By: _____
Name: _DILIP R. PENGORI_
Title: _COO_

**Address for Notice:**

1 Ravinia Drive
9th Floor
Atlanta, GA 30348
Attn: _DILIP R. PENGORI_

State of Georgia
County of DeKalb

The foregoing instrument was acknowledged before me this **30**th day of _MAY_____,
2017, by _DILIP PETIGARA_, the _COO_____ of Access Point
Financial, Inc., who is personally known to me and who did take oath, on behalf of the corporation.

_Mary Bertrand_____
Notary Public

MARY BERTRAND
NOTARY
EXPIRES
GEORGIA
AUG. 16, 2019
PUBLIC
COBB COUNTY

Tri-Party Intercreditor Agreement

7

Exhibit B

**EXHIBIT A**
**Equipment Collateral**



## HERSHA PURCHASING & DESIGN
44 Hersha Drive, Harrisburg PA 17102
Phone: (717) 236-2242; Fax: (717) 236-2262

### Interior Furnishing Budget

**Prepared For: Carly Smith**

Wyndham Hotel- Oklahoma City, OK

Enq No: 19603
Dated: 05/26/17

Sales Manager: **VINCE COPPOLA**
Project Manager: **MIRAG SHAH**
Designer:
Project Coordinator: **MIRAG SHAH**

Prices are valid for 15 days only
**Preliminary Budget All Items And Counts needs to be Verified**



| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

🖨 Please consider the environment - do you really need to print this?



### HERSHA PURCHASING & DESIGN

**Billing Address:**
Wyndham Hotel- Oklahoma City, OK
2945 Northwest Expressway
Oklahoma City, OK - 73112

**Shipping Address:**
Wyndham Hotel- Oklahoma City, OK
2945 Northwest Expressway
Oklahoma City, OK - 73112

| Guest Rooms | Qty |
|---|---|
| KING | 129 |
| Q-Q | 72 |
| K-SUITES | 2 |
| Q ADA | 15 |
| Total Rooms: | 218 |

Total# Floors: 9

Hersha Purchasing & Design
Signature _____

Wyndham Hotel- Oklahoma City, OK
Signature _____

Page 2 of 27

## Exhibit B

### GUEST ROOMS / Case Goods

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| End Table | 220.00 | each | 174.07 | 38,295.40 |
| Dining Table | 2.00 | each | 267.80 | 535.60 |
| Vanity | 216.00 | each | 478.60 | 103,268.40 |
| Luggage Bench - Upholstered | 218.00 | each | 143.17 | 31,211.06 |
| Refrigererator Cabinet | 216.00 | each | 174.07 | 37,947.26 |
| Cocktail Table | 218.00 | each | 204.97 | 44,683.46 |
| Desk-Chest-Microwave-Media Panel Unit - LEFT | 109.00 | each | 499.55 | 54,460.95 |
| Desk-Chest-Microwave-Media Panel Unit - RIGHT | 109.00 | each | 499.55 | 54,450.95 |
| Full Length Mirror with Coat Hooks | 218.00 | each | 144.20 | 31,495.60 |
| 3 Drawer Chest# 2 | 2.00 | each | 359.47 | 718.94 |
| Headboard w/side panels 60"H-King | 131.00 | each | 483.07 | 63,282.17 |
| Headboard w/side panels 60"H-Queen | 87.00 | each | 647.87 | 56,364.69 |
| | | | **Total:** | **$516,664.48** |

### GUEST ROOMS / Seating

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Ergonomic Chair | 218.00 | each | 194.67 | 42,438.06 |
| Lounge Chair | 89.00 | each | 441.87 | 39,326.43 |
| Throw Pillow | 89.00 | each | 41.20 | 3,666.80 |
| L Shaped Sofa Bed | 141.00 | each | 1,153.60 | 162,657.60 |
| Throw Pillow For" L" Sofa | 141.00 | each | 41.20 | 5,809.20 |
| Dining Chair | 8.00 | each | 221.45 | 1,771.60 |
| | | | **Total:** | **$255,669.69** |

### GUEST ROOMS / Artwork

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Vanity Mirror | 218.00 | each | 84.46 | 18,412.28 |
| Artwork At Entry | 218.00 | each | 51.50 | 11,227.00 |
| Artwork in Bathroom | 218.00 | each | 46.35 | 10,104.30 |

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc
Main Document      Page 25 of 50

## Exhibit B

### GUEST ROOMS / Artwork

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Artwork over Sofa - Set of 3 | 218.00 | sets | 99.91 | 21,780.38 |
| Left @ TV Artwork | 218.00 | each | 66.95 | 14,595.10 |
| Right @ TV Artwork | 218.00 | each | 66.95 | 14,595.10 |
| Artwork @ Lounge Chair | 218.00 | each | 56.65 | 12,349.70 |
| | | | Total: | $103,063.86 |

### GUEST ROOMS / Lighting

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Floor Lamp | 220.00 | each | 91.67 | 20,167.40 |
| Desk Lamp | 218.00 | each | 81.37 | 17,738.66 |
| Entry Sconce | 218.00 | each | 60.77 | 13,247.86 |
| Ceiling Light At Entry | 218.00 | each | 71.07 | 15,493.26 |
| Bath Ceiling Fixture | 218.00 | each | 71.07 | 15,493.26 |
| Credenza Accent Lamp | 218.00 | each | 81.37 | 17,738.66 |
| End Table Lamp | 218.00 | each | 78.28 | 17,065.04 |
| Vanity Wall Sconces | 436.00 | each | 39.14 | 17,065.04 |
| Headboard - Sconces | 450.00 | each | 32.96 | 14,832.00 |
| LED Reading Lights | 450.00 | each | 29.87 | 13,441.50 |
| | | | Total: | $162,282.68 |

### GUEST ROOMS / Television Sets

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Television 42" | 220.00 | each | 565.47 | 124,403.40 |
| Pull out swivel mount | 220.00 | each | 100.94 | 22,206.80 |
| | | | Total: | $146,610.20 |

### GUEST ROOMS / Carpet

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Tile Base | 5200.00 | lnft | 5.41 | 28,132.00 |
| Tile | 10500.00 | sqft | 3.61 | 37,905.00 |
| Carpet Base | 20400.00 | lnft | 0.84 | 17,136.00 |

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

Case 18-82014-CRJ11    Doc 144    Filed 12/26/18    Entered 12/26/18 10:49:57    Desc Main Document    Page 26 of 50

## GUEST ROOMS / Carpet

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Carpet Pad @ Guest Rooms | 10200.00 | yds | 1.67 | 17,034.00 |
| Carpet @ Guestroom | 10200.00 | sqyd | 10.60 | 108,120.00 |
| Guest Bathroom - Porcelain Tile | 10800.00 | sqft | 3.61 | 38,288.00 |
| Guest Bathroom - Porcelain Tile Base | 3150.00 | lnft | 5.41 | 17,041.50 |
| | | | Total: | $283,834.50 |

## GUEST ROOMS / Wall Vinyl

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Guest Room - Accent Wall Vinyl | 3600.00 | lnyd | 5.15 | 18,540.00 |
| Guest Room - Main Wall Vinyl | 10200.00 | lnyd | 3.86 | 39,372.00 |
| Guest Bathroom - Accent Wall Vinyl | 1000.00 | lnyd | 6.18 | 6,180.00 |
| Guest Bathroom - Main Wall Vinyl | 1600.00 | lnyd | 3.86 | 6,176.00 |
| | | | Total: | $70,268.00 |

## GUEST ROOMS / Bedding

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Bed Base-King | 131.00 | each | 61.29 | 8,028.99 |
| Bed Base - Queen | 174.00 | each | 57.83 | 10,062.42 |
| Box Spring/Mattress - King | 131.00 | each | 472.77 | 61,932.87 |
| Box-Spring/ Mattress - Queen | 174.00 | each | 400.67 | 69,716.58 |
| | | | Total: | $149,740.86 |

## GUEST ROOMS / Bed Coverings

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Bed Scarf King | 131.00 | each | 46.35 | 6,071.85 |
| Bed Scarf Queen | 174.00 | each | 44.29 | 7,706.46 |
| Bed Skirt - King | 131.00 | each | 50.47 | 6,611.57 |
| Bed Skirt - Queen | 174.00 | each | 48.41 | 8,423.34 |
| Duvet - King | 131.00 | each | 143.17 | 18,755.27 |
| Duvet - Queen | 174.00 | each | 132.87 | 23,119.38 |

Hersha Purchasing & Design                    Wyndham Hotel- Oklahoma City, OK

Signature _____                    Signature _____

## GUEST ROOMS / Bed Coverings

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Accent Bed Pillow | 305.00 | each | 51.50 | 15,707.50 |
| | | | Total: | $66,395.37 |

## GUEST ROOMS / Window Treatments

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Guest Room Window Treatment | 218.00 | sets | 427.45 | 93,184.10 |
| Pre-Measure / Installation / Trip | 2.00 | each | 10,815.00 | 21,630.00 |
| | | | Total: | $114,814.10 |

## GUEST ROOMS / Accessories

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Rollaway Beds | 10.00 | each | 231.75 | 2,317.50 |
| Coffee Maker | 218.00 | each | 101.97 | 22,229.46 |
| Clock Radio | 218.00 | each | 91.57 | 19,964.06 |
| Hair Dryer | 218.00 | each | 29.87 | 6,511.66 |
| Iron | 218.00 | each | 25.75 | 5,613.50 |
| Ironing Board | 218.00 | each | 19.57 | 4,266.26 |
| Iron Organizer | 218.00 | each | 9.27 | 2,020.86 |
| Ice Bucket | 218.00 | case | 6.18 | 1,347.24 |
| Curved Shower Rod | 218.00 | each | 21.63 | 4,715.34 |
| PTAC - 9000 BTU | 218.00 | each | 808.55 | 176,263.90 |
| Shower Curtain | 218.00 | each | 25.75 | 5,613.50 |
| Make-Up Mirror | 218.00 | each | 36.05 | 7,858.90 |
| Microfridge and Microwave | 218.00 | each | 236.90 | 51,644.20 |
| Coat Rack | 218.00 | each | 70.04 | 15,268.72 |
| Room Safe | 218.00 | each | 118.45 | 25,822.10 |
| Bathroom Fixtures | 218.00 | sets | 128.75 | 28,067.50 |
| Phone | 436.00 | each | 32.96 | 14,370.56 |
| Corner Guard | 436.00 | each | 9.79 | 4,268.44 |

Hersha Purchasing & Design

Wyndham Hotel- Oklahoma City, OK

Signature _____

Signature _____

Page 6 of 27

## GUEST ROOMS / Accessories

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Tub Surrond | 218.00 | each | 350.20 | 76,343.60 |
| Trash Can | 436.00 | each | 8.24 | 3,592.64 |
| | | | Total: | $478,119.94 |
| | | **Total - GUEST ROOMS** | | $2,347,263.68 |

## LOBBY AND REGISTRATION AREA / Case Goods

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Cocktail Table | 2.00 | each | 297.67 | 595.34 |
| Console Table | 2.00 | each | 359.47 | 718.94 |
| End Table | 6.00 | each | 235.87 | 1,415.22 |
| Coffee Station | 1.00 | each | 824.00 | 824.00 |
| Cocktail Table Beside - Fire Place | 1.00 | each | 359.47 | 359.47 |
| End Table At Fire Place | 2.00 | each | 287.37 | 574.74 |
| Console @ Entry Vestibule | 1.00 | each | 606.67 | 606.67 |
| ACCENT TABLE | 1.00 | each | 297.67 | 297.67 |
| | | | Total: | $5,392.05 |

## LOBBY AND REGISTRATION AREA / Seating

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Wing Chair | 4.00 | each | 669.50 | 2,678.00 |
| Sofa Beside - Fire Place | 1.00 | each | 1,399.00 | 1,399.00 |
| Lounge Chair At - Fire Place | 2.00 | each | 576.80 | 1,153.60 |
| Custom Lounge Chair | 2.00 | each | 664.35 | 1,328.70 |
| Armless Lounge Chair | 2.00 | each | 544.87 | 1,089.74 |
| 3 Seat Modular Sofa @ Entry | 1.00 | each | 2,163.00 | 2,163.00 |
| Custom - Two-Side Sofa | 1.00 | each | 4,892.50 | 4,892.50 |
| Custom - Ottoman | 2.00 | each | 437.75 | 875.50 |
| | | | Total: | $15,830.04 |

Hersha Purchasing & Design                     Wyndham Hotel- Oklahoma City, OK

Signature _____            Signature _____

## LOBBY AND REGISTRATION AREA / Artwork

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Artwork @ Front Desk # 1 | 1.00 | each | 180.25 | 180.25 |
| Artwork @ Front Desk #2 | 1.00 | each | 180.25 | 180.25 |
| Artwork 1 | 1.00 | each | 360.50 | 360.50 |
| Artwork 2 | 1.00 | each | 360.50 | 360.50 |
| Artwork 3 | 1.00 | each | 231.75 | 231.75 |
| Artwork 4 | 1.00 | each | 231.75 | 231.75 |
| Artwork 5 | 1.00 | each | 180.25 | 180.25 |
| Artwork 6 | 1.00 | each | 180.25 | 180.25 |
| Artwork 7 | 1.00 | each | 180.25 | 180.25 |
| Artwork 8 | 1.00 | each | 180.25 | 180.25 |
| | | | **Total:** | **$2,266.00** |

## LOBBY AND REGISTRATION AREA / Lighting

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Ceiling Light - 24" Dia Lobby | 4.00 | each | 386.25 | 1,545.00 |
| Ceiling Light - 48" Dia Lobby | 2.00 | each | 669.50 | 1,339.00 |
| Side Table Lamp | 4.00 | each | 184.37 | 737.48 |
| Floor Lamp | 4.00 | each | 277.07 | 1,108.28 |
| Chandelier | 2.00 | each | 3,605.00 | 7,210.00 |
| Wall Sconce | 2.00 | each | 153.47 | 306.94 |
| End Table Lamp Beside - Fire Place | 2.00 | each | 184.37 | 368.74 |
| Sconce at Fireplace | 2.00 | each | 163.77 | 327.54 |
| Track Lights | 4.00 | each | 153.47 | 613.88 |
| Custom Pendant at Front Desk | 2.00 | each | 132.87 | 265.74 |
| | | | **Total:** | **$13,822.60** |

## LOBBY AND REGISTRATION AREA / Television Sets

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Bracket | 1.00 | each | 81.37 | 81.37 |

Hersha Purchasing & Design

Signature _____

Wyndham Hotel- Oklahoma City, OK

Signature _____

| LOBBY AND REGISTRATION AREA / Television Sets | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Television - 65" | 1.00 | each | 1,092.83 | 1,092.83 |
| | | | Total: | $1,174.20 |

| LOBBY AND REGISTRATION AREA / Carpet | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Lobby Carpet | 300.00 | sqyd | 37.08 | 11,124.00 |
| Padding | 300.00 | each | 4.43 | 1,329.00 |
| Area Rug | 2.00 | each | 1,236.00 | 2,472.00 |
| Area Rug 2 | 1.00 | each | 1,236.00 | 1,236.00 |
| Vestibule Walk-Off Mat | 1.00 | each | 504.70 | 504.70 |
| Lobby Floor Tile | 800.00 | sqft | 6.18 | 4,944.00 |
| Entry Mat | 1.00 | each | 349.17 | 349.17 |
| | | | Total: | $21,958.87 |

| LOBBY AND REGISTRATION AREA / Wall Vinyl | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Wall Vinyl for Lobby | 300.00 | lnyd | 10.30 | 3,090.00 |
| Wall Vinyl Front Desk | 30.00 | each | 19.57 | 587.10 |
| Wall Vinyl for Fireplace | 30.00 | lnft | 10.30 | 309.00 |
| Vestibule Wall Covering | 60.00 | each | 12.36 | 741.60 |
| | | | Total: | $4,727.70 |

| LOBBY AND REGISTRATION AREA / Window Treatments | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Lobby Window Treatment | 6.00 | each | 875.50 | 5,253.00 |
| | | | Total: | $5,253.00 |

| LOBBY AND REGISTRATION AREA / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Lobby Accessories Package | 1.00 | each | 5,150.00 | 5,150.00 |
| | | | Total: | $5,150.00 |

| | Total - LOBBY AND REGISTRATION AREA | | | $75,264.46 |
|---|---|---|---|---|

| CORRIDOR / Case Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Console Table | 9.00 | each | 478.95 | 4,310.55 |

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

## CORRIDOR / Case Goods

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Mirror | 9.00 | each | 246.17 | 2,215.53 |
| | | | Total: | $6,528.08 |

## CORRIDOR / Artwork

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| CUSTOM ARTWORK # 1 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 2 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 3 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 4 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 5 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 6 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 7 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWROK # 8 | 1.00 | each | 149.35 | 149.35 |
| CUSTOM ARTWORK # 9 | 1.00 | each | 149.35 | 149.35 |
| | | | Total: | $1,344.15 |

## CORRIDOR / Lighting

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Console Table Lamp | 9.00 | each | 153.47 | 1,381.23 |
| Corridor Wall Sconce | 180.00 | each | 122.57 | 22,062.60 |
| Ceiling Light | 120.00 | each | 174.07 | 20,888.40 |
| Lobby Elevator Landing Pendant | 9.00 | each | 287.37 | 2,586.33 |
| | | | Total: | $46,918.56 |

## CORRIDOR / Carpet

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Corridor Carpet Base | 5000.00 | lnft | 1.84 | 9,200.00 |
| Stair Carpet | 1200.00 | sqyd | 10.60 | 12,720.00 |
| Stair Carpet Base | 2600.00 | lnft | 0.84 | 2,184.00 |
| Corridor Carpet Padding | 2100.00 | sqyd | 4.43 | 9,303.00 |
| Corridor Carpet | 2100.00 | sqyd | 37.08 | 77,868.00 |

Hersha Purchasing & Design                     Wyndham Hotel- Oklahoma City, OK

Signature _____                  Signature _____

### CORRIDOR / Carpet

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Stair Carpet Padding | 1200.00 | sqyd | 1.67 | 2,004.00 |
| | | | **Total:** | **$113,278.00** |

### CORRIDOR / Wall Vinyl

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Corner Guards | 436.00 | each | 11.33 | 4,939.88 |
| Wall Vinyl for Wall Opposite Elevators | 500.00 | lnyd | 16.48 | 8,240.00 |
| Main Corridors Wall Covering | 2000.00 | lnyd | 9.27 | 18,540.00 |
| Main Corridors Accent Wall Covering | 750.00 | lnyd | 13.39 | 10,042.50 |
| | | | **Total:** | **$41,762.38** |

### CORRIDOR / Window Treatments

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Corridor Window Treatment | 18.00 | each | 386.25 | 6,952.50 |
| | | | **Total:** | **$6,952.50** |
| | | **Total - CORRIDOR** | | **$216,782.67** |

### BUSINESS AREA / GM OFFICE / Case Goods

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| GM Office Furniture | 1.00 | each | 12,875.00 | 12,875.00 |
| | | | **Total:** | **$12,875.00** |

### BUSINESS AREA / GM OFFICE / Seating

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| gm / Work Room Desk Chair | 8.00 | each | 153.47 | 1,227.76 |
| Executive Task Chair | 4.00 | each | 256.47 | 1,025.88 |
| Lounge Chair at Business Center | 2.00 | each | 489.25 | 978.50 |
| | | | **Total:** | **$3,232.14** |

### BUSINESS AREA / GM OFFICE / Lighting

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Desk Lamp | 7.00 | each | 81.37 | 569.59 |
| Pendant Light @ Business Center | 4.00 | each | 112.27 | 449.08 |
| | | | **Total:** | **$1,018.67** |

### BUSINESS AREA / GM OFFICE / Carpet

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Office, Workroom & Business Center Carpet | 320.00 | sqyd | 37.08 | 11,865.60 |

Harsha Purchasing & Design

Wyndham Hotel- Oklahoma City, OK

Signature _____

Signature _____

| BUSINESS AREA / GM OFFICE / Carpet | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Office, Workroom & Business Center Base | 720.00 | lnft | 1.84 | 1,324.80 |
| Padding | 320.00 | each | 4.43 | 1,417.60 |
| | | | Total: | $14,608.00 |

| BUSINESS AREA / GM OFFICE / Wall Vinyl | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Business Center - Wall Vinyl | 90.00 | lnyd | 11.33 | 1,019.70 |
| Offices - Wall Vinyl | 280.00 | lnyd | 6.18 | 1,730.40 |
| | | | Total: | $2,759.10 |

| BUSINESS AREA / GM OFFICE / Window Treatments | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Installation | 1.00 | each | 515.00 | 515.00 |
| Office Window Treatment | 4.00 | each | 396.55 | 1,586.20 |
| | | | Total: | $2,101.20 |

| BUSINESS AREA / GM OFFICE / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Safe | 1.00 | each | 618.00 | 618.00 |
| Safe Deposit Boxes | 1.00 | each | 1,854.00 | 1,854.00 |
| Artwork 1 | 1.00 | each | 61.80 | 61.80 |
| Artwork 2 | 1.00 | each | 61.80 | 61.80 |
| Artwork 3 | 1.00 | each | 61.80 | 61.80 |
| | | | Total: | $2,657.40 |
| Total - BUSINESS AREA / GM OFFICE | | | | $39,242.51 |

| BREAKFAST AREA / Seating | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Ottoman - Breakfast Area | 2.00 | each | 231.75 | 463.50 |
| End Table - Breakfast | 1.00 | each | 256.47 | 256.47 |
| Lounge Chair | 4.00 | each | 441.87 | 1,767.48 |
| Community Table | 1.00 | each | 6,180.00 | 6,180.00 |
| Breakfast Chairs Option 1 | 30.00 | each | 277.07 | 8,312.10 |

Hersha Purchasing & Design         Wyndham Hotel- Oklahoma City, OK

Signature _____         Signature _____

## BREAKFAST AREA / Seating

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Breakfast Chairs Option 2 | 30.00 | each | 277.07 | 8,312.10 |
| Banquette | 6.00 | each | 927.00 | 5,562.00 |
| 24x30 Table Top | 8.00 | each | 174.07 | 1,392.56 |
| 30x42 Table Top | 8.00 | each | 216.30 | 1,730.40 |
| 24x24 Table Top | 10.00 | each | 164.80 | 1,648.00 |
| 30x30 Table Top | 5.00 | each | 184.37 | 921.85 |
| Bar Chair | 10.00 | each | 321.36 | 3,213.60 |
| Community Table Chair | 8.00 | each | 303.85 | 2,430.80 |
| Breakfast Area - Table Base # 1 | 18.00 | each | 87.55 | 1,575.90 |
| Breakfast Area - Table Base # 2 | 13.00 | each | 97.85 | 1,272.05 |
| | | | Total: | $45,038.81 |

## BREAKFAST AREA / Artwork

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Artwork # 1 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 2 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 3 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 4 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 5 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 6 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 7 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 8 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 9 | 1.00 | each | 128.75 | 128.75 |
| Artwork # 10 | 1.00 | each | 128.75 | 128.75 |
| | | | Total: | $1,287.50 |

## BREAKFAST AREA / Lighting

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Wall Sconce Breakfast Area | 12.00 | each | 97.85 | 1,174.20 |

Hershe Purchasing & Design

Signature _____

Wyndham Hotel- Oklahoma City, OK

Signature _____

## BREAKFAST AREA / Lighting

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Floor Lamp | 2.00 | each | 256.47 | 512.94 |
| Celling Light | 8.00 | each | 180.25 | 1,442.00 |
| 2 Tiered pendant | 4.00 | each | 494.40 | 1,977.60 |
| Pendant Light over Communal Table | 1.00 | each | 869.50 | 869.50 |
| Pendant Light above Buffet Island | 6.00 | each | 91.67 | 550.02 |
| | | | Total: | $5,326.36 |

## BREAKFAST AREA / Television Sets

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| 55" TV | 3.00 | each | 1,092.83 | 3,278.49 |
| WALL MOUNT | 3.00 | each | 81.37 | 244.11 |
| | | | Total: | $3,522.60 |

## BREAKFAST AREA / Carpet

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Tiles | 800.00 | sqft | 5.67 | 4,535.00 |
| Breakfast Area - Carpet 36 oz | 300.00 | sqyd | 37.08 | 11,124.00 |
| Breakfast Area - Carpet Padding | 300.00 | each | 4.43 | 1,329.00 |
| Breakfast Area - Carpet Cove Base | 180.00 | each | 1.84 | 331.20 |
| Tile Base | 360.00 | lnft | 8.13 | 2,926.80 |
| | | | Total: | $20,247.00 |

## BREAKFAST AREA / Wall Vinyl

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Breakfast Area Wall Vinyl | 360.00 | each | 9.27 | 3,337.20 |
| Bar Vinyl | 60.00 | each | 12.36 | 741.60 |
| Breakfast - Serving Area - Wall Vinyl | 60.00 | lnyd | 12.36 | 741.60 |
| | | | Total: | $4,820.40 |

## BREAKFAST AREA / Window Treatments

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Breakfast Area - Window Treatments | 6.00 | each | 473.80 | 2,842.80 |
| Installation | 1.00 | each | 618.00 | 618.00 |
| | | | Total: | $3,460.80 |

| | |
|---|---|
| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
| Signature _____ | Signature _____ |

| BREAKFAST AREA / Appliances | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Bar & Kitchen Equipments | 1.00 | sets | 128,750.00 | 128,750.00 |
| | | | **Total:** | **$128,750.00** |
| | | **Total - BREAKFAST AREA** | | **$213,453.37** |

| MEETING ROOMS / Case Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Meeting room Table - 18" x 72" | 100.00 | each | 139.04 | 13,904.00 |
| Meeting Room Table - -60" Dia | 100.00 | each | 252.34 | 25,234.00 |
| Speaker Podium | 3.00 | each | 1,442.00 | 4,326.00 |
| Bar High Table | 30.00 | each | 247.20 | 7,416.00 |
| Board Room Table | 1.00 | each | 2,369.00 | 2,369.00 |
| End Table | 8.00 | each | 266.77 | 2,134.16 |
| Console Table | 8.00 | each | 400.67 | 3,205.36 |
| | | | **Total:** | **$58,588.52** |

| MEETING ROOMS / Seating | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Meeting Room Stack Chair | 600.00 | each | 46.35 | 27,810.00 |
| Board Room Chairs | 12.00 | each | 235.87 | 2,830.44 |
| Lounge Chair | 16.00 | each | 452.17 | 7,234.72 |
| | | | **Total:** | **$37,875.16** |

| MEETING ROOMS / Artwork | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Artwork Package For Meeting Rooms | 1.00 | each | 3,605.00 | 3,605.00 |
| | | | **Total:** | **$3,605.00** |

| MEETING ROOMS / Lighting | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Ball Room Chandelier - Small | 12.00 | each | 875.50 | 10,506.00 |
| Ball Room Chandelier - Large | 6.00 | each | 2,266.00 | 13,596.00 |
| Ball Room Wall Sconce | 24.00 | each | 91.67 | 2,200.08 |
| Table Lamp | 8.00 | each | 132.87 | 1,062.96 |
| | | | **Total:** | **$27,365.04** |

Hersha Purchasing & Design                     Wyndham Hotel- Oklahoma City, OK

Signature _____          Signature _____

## MEETING ROOMS / Carpet

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Meeting room Carpet - Base | 2600.00 | lnft | 1.84 | 4,784.00 |
| Meeting room Padding | 1600.00 | sqyd | 4.43 | 7,088.00 |
| Meeting Room Carpet | 1600.00 | sqyd | 37.08 | 59,328.00 |
| | | | **Total:** | **$71,200.00** |

## MEETING ROOMS / Wall Vinyl

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Meeting Room Wall Covering | 2000.00 | lnyd | 9.27 | 18,540.00 |
| Meeting Room - Accent | 600.00 | lnyd | 12.36 | 7,416.00 |
| | | | **Total:** | **$25,956.00** |

## MEETING ROOMS / Window Treatments

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Meeting Room - Window Treatments | 10.00 | each | 772.50 | 7,725.00 |
| | | | **Total:** | **$7,725.00** |

## MEETING ROOMS / Accessories

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Trash Cans | 8.00 | each | 256.47 | 2,051.76 |
| Coat Rack | 8.00 | each | 174.07 | 1,392.56 |
| | | | **Total:** | **$3,444.32** |
| | | **Total - MEETING ROOMS** | | **$235,759.04** |

## BREAKROOM FOR EMPLOYEES / Case Goods

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Break Room Table | 8.00 | each | 184.37 | 1,474.96 |
| Housekeeping Desk | 1.00 | each | 256.47 | 256.47 |
| | | | **Total:** | **$1,731.43** |

## BREAKROOM FOR EMPLOYEES / Seating

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Chairs - stackable | 32.00 | each | 46.35 | 1,483.20 |
| Housekeeping Task Chair | 1.00 | each | 153.47 | 153.47 |
| | | | **Total:** | **$1,636.67** |

## BREAKROOM FOR EMPLOYEES / Appliances

| Item | Quantity | Unit | Price | Amount |
|------|----------|------|-------|--------|
| Microwave | 2.00 | each | 194.67 | 389.34 |

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

| BREAKROOM FOR EMPLOYEES / Appliances | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Refrigerator | 2.00 | each | 669.50 | 1,339.00 |
| | | | Total: | $1,728.34 |

| BREAKROOM FOR EMPLOYEES / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| lockers | 2.00 | each | 683.92 | 1,367.84 |
| Artwork | 4.00 | each | 46.35 | 185.40 |
| Blackout Drapery | 4.00 | each | 334.75 | 1,339.00 |
| | | | Total: | $2,892.24 |
| | Total - BREAKROOM FOR EMPLOYEES | | | $7,988.68 |

| POOL AREA / Pool Area | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Pool Area Furniture | 1.00 | each | 8,755.00 | 8,755.00 |
| | | | Total: | $8,755.00 |
| | Total - POOL AREA | | | $8,755.00 |

| FITNESS CENTER / Artwork | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Artwork - Fitness center | 3.00 | each | 92.70 | 278.10 |
| Flush Mount Framing | 3.00 | each | 231.75 | 695.25 |
| Small Leaning Floor Mirror | 4.00 | each | 180.25 | 721.00 |
| | | | Total: | $1,694.35 |

| FITNESS CENTER / Television Sets | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Television - 42" | 2.00 | each | 565.47 | 1,130.94 |
| Wall mounted swivel | 2.00 | each | 81.37 | 162.74 |
| | | | Total: | $1,293.68 |

| FITNESS CENTER / Carpet | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Modular Rubber Floring | 1200.00 | sqft | 5.67 | 6,804.00 |
| | | | Total: | $6,804.00 |

Hersha Purchasing & Design                              Wyndham Hotel- Oklahoma City, OK

Signature _____                    Signature _____

## Exhibit B

### FITNESS CENTER / Wall Vinyl

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Fitness Center Wall Covering | 200.00 | each | 9.27 | 1,854.00 |
| | | | **Total:** | **$1,854.00** |

### FITNESS CENTER / Window Treatments

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Blinds | 8.00 | each | 195.70 | 1,565.60 |
| | | | **Total:** | **$1,565.60** |

### FITNESS CENTER / Appliances

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Fitness Center Equipments | 1.00 | sets | 28,840.00 | 28,840.00 |
| | | | **Total:** | **$28,840.00** |

### FITNESS CENTER / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Wall Clock | 1.00 | each | 20.60 | 20.60 |
| Weighing Scale | 1.00 | each | 184.37 | 184.37 |
| Towel Station | 1.00 | each | 978.50 | 978.50 |
| Water Cooler | 1.00 | each | 360.50 | 360.50 |
| | | | **Total:** | **$1,543.97** |
| | | **Total - FITNESS CENTER** | | **$43,595.60** |

### LAUNDRY ROOMS / House Keeping

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Guest Laundry Room - Speed Queen - Washer - 14 lb | 6.00 | each | 927.00 | 5,562.00 |
| Guest Laundry Room - Speed Queen - Dryer - 14 lb | 6.00 | each | 1,133.00 | 6,798.00 |
| Tile Vinyl Flooring | 800.00 | sqft | 3.61 | 2,888.00 |
| Commercial Laundry Machine | 1.00 | each | 66,950.00 | 66,950.00 |
| Installation | 1.00 | each | 3,605.00 | 3,605.00 |
| | | | **Total:** | **$85,803.00** |
| | | **Total - LAUNDRY ROOMS** | | **$85,803.00** |

### LANUDRY ROOM ACCESSORIES / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Laundry product vending machine - 3 Selection | 1.00 | each | 679.80 | 679.80 |
| Trash Receptacle | 1.00 | each | 256.47 | 256.47 |

Hersha Purchasing & Design     Wyndham Hotel- Oklahoma City, OK

Signature _____     Signature _____

Page 18 of 27

Case 18-82014-CRJ11     Doc 144     Filed 12/26/18     Entered 12/26/18 10:49:57     Desc
Main Document     Page 40 of 50

## LANUDRY ROOM ACCESSORIES / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Wall Vinyl | 200.00 | lnyd | 6.18 | 1,236.00 |

| | | Total: | $2,172.27 |
|---|---|---|---|
| | **Total - LANUDRY ROOM ACCESSORIES** | | **$2,172.27** |

## VENDING AREA / Vending area

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Ice Machine | 9.00 | each | 4,738.00 | 42,642.00 |
| Vending Wall Covering | 240.00 | lnyd | 9.27 | 2,224.80 |
| Porcelain Floor Tile | 800.00 | sqft | 4.64 | 3,712.00 |
| Porcelain Tile Cove Base | 400.00 | lnft | 8.23 | 3,292.00 |

| | | Total: | $51,870.80 |
|---|---|---|---|

## VENDING AREA / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Vending Trash Receptacle | 9.00 | each | 256.47 | 2,308.23 |

| | | Total: | $2,308.23 |
|---|---|---|---|
| | **Total - VENDING AREA** | | **$54,179.03** |

## PUBLIC BATHROOM / Case Goods

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Vanity | 12.00 | each | 463.50 | 5,562.00 |

| | | Total: | $5,562.00 |
|---|---|---|---|

## PUBLIC BATHROOM / Artwork

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Vanity Mirror | 12.00 | each | 153.47 | 1,841.64 |
| Full Lenth Mirror | 4.00 | each | 132.87 | 531.48 |
| BOH & Pool Vanity Mirror | 2.00 | each | 153.47 | 306.94 |

| | | Total: | $2,680.06 |
|---|---|---|---|

## PUBLIC BATHROOM / Lighting

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Vanity Lights | 12.00 | each | 112.27 | 1,347.24 |
| Entrance Light | 4.00 | each | 122.57 | 490.28 |
| BOH & Pool Restroom Vanity Light | 2.00 | each | 112.27 | 224.54 |

| | | Total: | $2,062.06 |
|---|---|---|---|

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

| PUBLIC BATHROOM / Wall Vinyl | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Public RR - Wall Vinyl | 240.00 | lnyd | 11.33 | 2,719.20 |
| | | | Total: | $2,719.20 |

| PUBLIC BATHROOM / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Bathroom Floor Tile | 700.00 | sqft | 4.64 | 3,248.00 |
| Bathroom Floor Tile Cove Base | 260.00 | lnft | 8.23 | 2,139.80 |
| Trash Receptacle | 4.00 | each | 256.47 | 1,025.88 |
| | | | Total: | $6,413.68 |
| | | Total - PUBLIC BATHROOM | | $19,437.00 |

| SOFT GOODS - GUEST ROOM TOWELS / Soft Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Guest Room Terry | 218.00 | each | 190.55 | 41,539.90 |
| | | | Total: | $41,539.90 |
| | Total - SOFT GOODS - GUEST ROOM TOWELS | | | $41,539.90 |

| SOFT GOODS - POOL TOWELS / Soft Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Imported cotton w/stripe - 22 x 44 - 6 lbs. | 20.00 | doz | 66.95 | 1,339.00 |
| | | | Total: | $1,339.00 |
| | Total - SOFT GOODS - POOL TOWELS | | | $1,339.00 |

| SOFT GOODS - VELLUX BLANKETS / Soft Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| King Blanket | 131.00 | each | 20.09 | 2,631.79 |
| Queen Blanket | 174.00 | each | 18.53 | 3,224.22 |
| | | | Total: | $5,856.01 |
| | Total - SOFT GOODS - VELLUX BLANKETS | | | $5,856.01 |

| SOFT GOODS - GUEST ROOM LINEN / Soft Goods | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Pillows - Soft | 600.00 | each | 8.76 | 5,256.00 |
| Pillows - Firm | 600.00 | each | 10.82 | 6,492.00 |
| Guest Room Linens | 218.00 | each | 236.90 | 51,644.20 |
| | | | Total: | $63,392.20 |
| | Total - SOFT GOODS - GUEST ROOM LINEN | | | $63,392.20 |

Hersha Purchasing & Design          Wyndham Hotel- Oklahoma City, OK

Signature _____          Signature _____

| HOUSE KEEPING EQUIPMENT - RUBBERMAID / House Keeping | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| House Keeping Equipment | 1.00 | sets | 25,750.00 | 25,750.00 |
| | | | **Total:** | **$25,750.00** |
| **Total - HOUSE KEEPING EQUIPMENT - RUBBERMAID** | | | | **$25,750.00** |

| HOUSE KEEPING EQUIPMENT - VACCUM CLEANER / House Keeping | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Vacuum Cleaner Heavy duty | 15.00 | each | 287.37 | 4,310.55 |
| Carpet Cleaner | 2.00 | each | 1,545.00 | 3,090.00 |
| Floor Scrubber | 1.00 | each | 2,369.00 | 2,369.00 |
| | | | **Total:** | **$9,769.55** |
| **Total - HOUSE KEEPING EQUIPMENT - VACCUM CLEANER** | | | | **$9,769.55** |

| HOUSE KEEPING EQUIPMENT - LUGGAGE CART / House Keeping | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Bell Men's Cart | 10.00 | each | 463.50 | 4,635.00 |
| | | | **Total:** | **$4,635.00** |
| **Total - HOUSE KEEPING EQUIPMENT - LUGGAGE CART** | | | | **$4,635.00** |

| AMENITIES - LOGO'D / Amenities | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Guest Room Amenities | 218.00 | each | 46.35 | 10,104.30 |
| | | | **Total:** | **$10,104.30** |
| **Total - AMENITIES - LOGO'D** | | | | **$10,104.30** |

| AMENITIES - LOGO'D ACCESSORIES / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Guest Room Accessories | 218.00 | each | 20.60 | 4,490.80 |
| | | | **Total:** | **$4,490.80** |
| **Total - AMENITIES - LOGO'D ACCESSORIES** | | | | **$4,490.80** |

| AMENITIES - IN ROOM COFFEE SUPPLIES / Amenities | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| Regular Coffee - 200/cs | 20.00 | case | 123.60 | 2,472.00 |
| Decaf Coffee - 200/cs | 20.00 | case | 123.60 | 2,472.00 |
| One Cup Condiment Collection - 600/cs | 10.00 | case | 257.50 | 2,575.00 |
| | | | **Total:** | **$7,519.00** |
| **Total - AMENITIES - IN ROOM COFFEE SUPPLIES** | | | | **$7,519.00** |

| Hersha Purchasing & Design | Wyndham Hotel- Oklahoma City, OK |
|---|---|
| Signature _____ | Signature _____ |

## Exhibit B

### AMENITIES - LINERS / Amenities

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Ice Bucket Liners 1000/cs | 5.00 | case | 50.47 | 252.35 |
| Trash Can Liners | 5.00 | each | 71.07 | 355.35 |
| | | | Total: | $607.70 |
| **Total - AMENITIES - LINERS** | | | | **$607.70** |

### AMENITIES - PAPER PRODUCTS / Amenities

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Bath Tissue 2 Ply 400 Sheet -60/cs | 20.00 | case | 60.77 | 1,215.40 |
| Facial Tissue - 30/cs | 20.00 | case | 36.05 | 721.00 |
| C-Fold Towels | 20.00 | case | 53.56 | 1,071.20 |
| Paper Towels - 12 /cs | 20.00 | case | 11.85 | 237.00 |
| Cube Box Tissue | 10.00 | case | 87.55 | 875.50 |
| | | | Total: | $4,120.10 |
| **Total - AMENITIES - PAPER PRODUCTS** | | | | **$4,120.10** |

### AMENITIES - MISC / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Amenities Misc | 218.00 | each | 36.05 | 7,858.90 |
| | | | Total: | $7,858.90 |
| **Total - AMENITIES - MISC** | | | | **$7,858.90** |

### TERRACE / Pool Area

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Courtyard Furniture | 1.00 | each | 13,390.00 | 13,390.00 |
| | | | Total: | $13,390.00 |
| **Total - TERRACE** | | | | **$13,390.00** |

### INSTALLATION / Accessories

| Item | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| FF&E Installation | 1.00 | each | 150,000.00 | 150,000.00 |
| Carpet Installation | 1.00 | each | 125,000.00 | 125,000.00 |
| Wall Covering Installation | 1.00 | each | 115,000.00 | 115,000.00 |
| Tile & Stone Installation | 1.00 | each | 88,000.00 | 88,000.00 |
| | | | Total: | $478,000.00 |
| **Total - INSTALLATION** | | | | **$478,000.00** |

Hersha Purchasing & Design      Wyndham Hotel- Oklahoma City, OK

Signature _____      Signature _____

| CONSTRUCTION / Accessories | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit | Price | Amount |
| 2500 Lb Otis Elevators | 3.00 | each | 77,500.00 | 232,500.00 |
| 3 Ton Roof Top HVAC | 2.00 | each | 7,000.00 | 14,000.00 |
| 15 Ton Roof Top HVAC | 4.00 | each | 17,000.00 | 68,000.00 |
| 20 Ton Roof Top HVAC | 3.00 | each | 23,000.00 | 69,000.00 |
| | | | Total: | $383,500.00 |
| | | Total - CONSTRUCTION | | $383,500.00 |

Hersha Purchasing & Design

Signature _____

Wyndham Hotel- Oklahoma City, OK

Signature _____

| Location | Item Category | | Amount |
|---|---|---|---|
| **GUEST ROOMS** | | | |
| | Case Goods | | $516,664.48 |
| | Seating | | $255,869.69 |
| | Artwork | | $103,063.86 |
| | Lighting | | $162,282.66 |
| | Television Sets | | $146,610.20 |
| | Carpet | | $263,834.50 |
| | Wall Vinyl | | $70,269.00 |
| | Bedding | | $149,740.86 |
| | Bed Coverings | | $86,395.37 |
| | Window Treatments | | $114,814.10 |
| | Accessories | | $478,119.94 |
| | | **Total:** | **$2,347,263.68** |
| **LOBBY AND REGISTRATION AREA** | | | |
| | Case Goods | | $5,392.05 |
| | Seating | | $15,620.04 |
| | Artwork | | $2,296.00 |
| | Lighting | | $13,822.60 |
| | Television Sets | | $1,174.20 |
| | Carpet | | $21,958.87 |
| | Wall Vinyl | | $4,727.70 |
| | Window Treatments | | $5,253.00 |
| | Accessories | | $5,150.00 |
| | | **Total:** | **$75,384.46** |
| **CORRIDOR** | | | |
| | Case Goods | | $5,526.08 |
| | Artwork | | $1,344.15 |
| | Lighting | | $46,918.56 |
| | Carpet | | $113,279.00 |
| | Wall Vinyl | | $41,762.38 |
| | Window Treatments | | $8,952.50 |
| | | **Total:** | **$216,782.67** |
| **PUBLIC AREA / GM OFFICE** | | | |
| | Case Goods | | $12,675.00 |
| | Seating | | $3,232.14 |
| | Lighting | | $1,018.57 |
| | Carpet | | $14,608.00 |
| | Wall Vinyl | | $2,750.10 |
| | Window Treatments | | $2,101.30 |
| | Accessories | | $2,657.40 |
| | | **Total:** | **$39,242.51** |
| **RESTAURANT AREA** | | | |
| | Seating | | $46,036.81 |
| | Artwork | | $1,287.50 |
| | Lighting | | $6,328.29 |
| | Television Sets | | $3,522.60 |
| | Carpet | | $20,247.00 |

Hersha Purchasing & Design

Signature _____

Wyndham Hotel- Oklahoma City, OK

Signature _____

| Location | Item Category | | Amount |
|---|---|---|---|
| **LOBBY FRONT AREA** | | | |
| | Wall Vinyl | | $4,820.40 |
| | Window Treatments | | $3,460.80 |
| | Appliances | | $126,760.00 |
| | | Total: | $213,453.37 |
| **MEETING ROOMS** | | | |
| | Case Goods | | $58,588.52 |
| | Seating | | $37,575.16 |
| | Artwork | | $3,905.00 |
| | Lighting | | $27,385.04 |
| | Carpet | | $71,200.00 |
| | Wall Vinyl | | $25,956.00 |
| | Window Treatments | | $7,725.00 |
| | Accessories | | $3,444.32 |
| | | Total: | $235,759.04 |
| **BREAK ROOM FOR EMPLOYEES** | | | |
| | Case Goods | | $1,731.43 |
| | Seating | | $1,636.67 |
| | Appliances | | $1,728.34 |
| | Accessories | | $2,892.24 |
| | | Total: | $7,988.68 |
| **POOL AREA** | | | |
| | Pool Area | | $9,755.00 |
| | | Total: | $9,755.00 |
| **FITNESS CENTER** | | | |
| | Artwork | | $1,694.36 |
| | Television Sets | | $1,293.88 |
| | Carpet | | $8,804.00 |
| | Wall Vinyl | | $1,854.00 |
| | Window Treatments | | $1,565.50 |
| | Appliances | | $28,840.00 |
| | Accessories | | $1,543.97 |
| | | Total: | $43,595.60 |
| **LAUNDRY ROOMS** | | | |
| | House Keeping | | $85,803.00 |
| | | Total: | $85,803.00 |
| **LANUDRY ROOM ACCESSORIES** | | | |
| | Accessories | | $2,172.27 |
| | | Total: | $2,172.27 |
| **VENDING AREA** | | | |
| | Vending area | | $51,870.80 |
| | Accessories | | $2,308.23 |
| | | Total: | $54,179.03 |
| **PUBLIC BATHROOM** | | | |
| | Case Goods | | $5,562.00 |
| | Artwork | | $2,660.08 |

Hersha Purchasing & Design                    Wyndham Hotel- Oklahoma City, OK

Signature _____          Signature _____

| Location | Item Category | | Amount |
|---|---|---|---|
| **PUBLIC BATHROOM** | | | |
| | Lighting | | $2,082.05 |
| | Wall Vinyl | | $2,719.20 |
| | Accessories | | $6,413.66 |
| | | Total: | $19,497.00 |
| **SOFT GOODS - GUEST ROOM TOWELS** | | | |
| | Soft Goods | | $41,539.90 |
| | | Total: | $41,539.90 |
| **FT GOODS - POOL TOWELS** | | | |
| | Soft Goods | | $1,339.00 |
| | | Total: | $1,339.00 |
| **FT GOODS - VELLUX BLANKETS** | | | |
| | Soft Goods | | $5,856.01 |
| | | Total: | $5,856.01 |
| **SOFT GOODS - GUEST ROOM LINEN** | | | |
| | Soft Goods | | $83,392.20 |
| | | Total: | $83,392.20 |
| **HOUSE KEEPING EQUIPMENT - RUBBERMAID** | | | |
| | House Keeping | | $25,750.00 |
| | | Total: | $25,750.00 |
| **HOUSE KEEPING EQUIPMENT - VACCUM CLEANER** | | | |
| | House Keeping | | $9,769.55 |
| | | Total: | $9,769.55 |
| **HOUSE KEEPING EQUIPMENT - LUGGAGE CART** | | | |
| | House Keeping | | $4,635.00 |
| | | Total: | $4,635.00 |
| **AMENITIES - LOGO'D** | | | |
| | Amenities | | $10,104.30 |
| | | Total: | $10,104.30 |
| **AMENITIES - LOGO D ACCESSORIES** | | | |
| | Accessories | | $4,490.80 |
| | | Total: | $4,490.80 |
| **AMENITIES - IN ROOM COFFEE SUPPLIES** | | | |
| | Amenities | | $7,519.00 |
| | | Total: | $7,519.00 |
| **AMENITIES - LINERS** | | | |
| | Amenities | | $607.70 |
| | | Total: | $607.70 |
| **AMENITIES - PAPER PRODUCTS** | | | |
| | Amenities | | $4,120.10 |
| | | Total: | $4,120.10 |
| **AMENITIES - MISC** | | | |
| | Accessories | | $7,856.90 |
| | | Total: | $7,856.90 |

Hersha Purchasing & Design                    Wyndham Hotel- Oklahoma City, OK

Signature _____          Signature _____

| Location | Item Category | Amount |
|---|---|---|
| SETBACK | | |
| | Pool Area | $13,390.00 |
| | Total: | $13,390.00 |
| INSTALLATION | | |
| | Accessories | $478,000.00 |
| | Total: | $478,000.00 |
| CONSTRUCTION | | |
| | Accessories | $383,500.00 |
| | Total: | $383,500.00 |
| | Grand Total: | $4,411,568.77 |
| | Purchasing Fees | $220,578.44 |
| | Sales Tax | $277,926.83 |
| | Estimated Freight | $408,070.11 |
| | Contigency | $220,578.44 |
| | Design Fees | $15,000.00 |
| | Quote Amount: | $5,553,724.59 |

Harsha Purchasing & Design                    Wyndham Hotel- Oklahoma City, OK

Signature _____          Signature _____

**EXHIBIT B**

**Legal Description of the Premises**

**TRACT 1**

A tract of land lying in the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian, also being a portion of Block EIGHT (8) in UNITED FOUNDERS LIFE PLAZA, an addition to Oklahoma City, as shown on the plat thereof recorded in Book 38 of Plats, Page 27, Oklahoma County, Oklahoma, being described as follows: Beginning at a point on the North boundary line of said Block 8 which is 325.50 feet West of the North end of Curve No. 20 of said Block 8; Thence North 88°46'09" West along said north line a distance of 50.00 feet; Thence South 00°04'37" West a distance of 274.02 feet; Thence North 89°03'12" West a distance of 343.46 feet; Thence South 00°04'37" West along the West line of said Block 8 a distance of 191.75 feet; Thence South 61°40'56" East a distance of 155.87 feet; Thence South 00°06'19" West a distance of 56.62 feet; Thence South 18°36'11" West a distance of 61.10 feet to a point on the South line of said Block 8; Thence South 61°40'56" East along said South line a distance of 44.70 feet; Thence North 00°06'19" East along a line of said Block 8 a distance of 61.35 feet; Thence South 88°48'56" East a distance of 330.60 feet; Thence North 00°05'30" East a distance of 190.00 feet; Thence South 88°48'56" East a distance of 235.91 feet; Thence North 06°04'34" East a distance of 41.77 feet; Thence Northerly along a curve to the left having a radius of 2789.8 feet, said curve subtended by a chord bearing North 04°37'51" East a distance of 140.54 feet, an arc distance of 140.56 feet; Thence North 88°46'09" West a distance of 345.89 feet; Thence North 00°04'37" East a distance of 250.00 feet to the Point of Beginning.

**TRACT 2**

A tract of land lying in the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian, also being a portion of Block EIGHT (8), in UNITED FOUNDERS LIFE PLAZA, an addition to Oklahoma City, as shown on the plat thereof recorded in Book 38 of Plats, page 27, Oklahoma County, Oklahoma, being described as follows: Beginning at a point on the North right of way of the Northwest Expressway, said point being located 370.0 feet West and 33.32 feet South of the Southeast Corner of the West Half of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 12 North, Range 4 West of the Indian Meridian; Thence on a bearing of North 61°40'56" West along said North right of way of the Northwest Expressway a distance of 133.81 feet; Thence on a bearing of North 00°04'37" East (North 00°06'19" East record) a distance of 125.00 feet; Thence on a bearing of South 61°40'56" East, parallel with the North right of way of said Northwest Expressway, a distance of 155.87 feet; Thence on a bearing of South 00°06'19" West a distance of 56.62 feet; Thence on a bearing of South 18°36'11" West a distance of 61.10 feet to the Point of Beginning.

**PROPERTY ADDRESS OF REAL ESTATE:**

2945 Northwest Expressway
Oklahoma City, Oklahoma 73112

